**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mid-American Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**38-3609856** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1801 Wildwood Avenue**<br>**Jackson, MI**<br>ZIP Code **49202** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    \*\*\* **Mark H. Shapiro, Esq. P43134** \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mid-American Products, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mid-American Products, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)
☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.
☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Mark H. Shapiro, Esq.**
Signature of Attorney for Debtor(s)

**Mark H. Shapiro, Esq. P43134**
Printed Name of Attorney for Debtor(s)

**Steinberg Shapiro & Clark**
Firm Name

**25925 Telegraph Rd.**
**Suite 203**
**Southfield, MI 48033-2518**
shapiro@steinbergshapiro.com
Address

**248-352-4700  Fax: 248-352-4488**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Travis W. Pearse, Jr.**
Signature of Authorized Individual

**Travis W. Pearse, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 16, 2011**
Date

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Mid-American Products, Inc.**  ,     Case No. _____

        Debtor

Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Global Manufacturing & Assembly Corp.**<br>**1801 Wildwood Ave.**<br>**Jackson, MI 49202** | **Common** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 16, 2011**          Signature **/s/ Travis W. Pearse, Jr.**
                                                                                **Travis W. Pearse, Jr.**
                                                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

A-1 Active Window Cleaning
PO Box 91
Parma, MI 49269


Adecco Temporary Services
P.O. BOX 36016M
PITTSBURGH, PA 15250


AIC Equipment & Controls Inc
37 Summit Street
Brighton, MI 48116


Airgas Great Lakes
PO Box 802576
Chicago 60680-2576


Allegiance Occupational
One Jackson Square
Suite 101
Jackson, MI 49201


Alro Steel Corporation
P.O. BOX 30382
Lansing, MI 48909-7882


Alumaroll Specialty Co
4617 South Taylor Drive
Sheboygan, WI 53081


Always Care Benefits
Dept 1419
PO BOX 2121
Memphis, TN 38159


Anchor Wiping Cloth
P.O. BOX 34757
Detroit, MI 48234


Armoloy of Illinois
118 Simonds Avenue
DeKalb, IL 60115


Arrow Uniform Rental
6400 MONROE BLVD
TAYLOR 48180

Asahi Kasei Plastics America
900 E. Van Riper Road
Fowlerville, MI 48836


Asahi Kasei Plastics NA
DEPT #77600
PO BOX 77000
Detroit, MI 48277-7600


Ashland
PO Box 371002
Pittsburgh, PA 15250-7002


Ashland Inc.
Corporate Headquarters
50 East RiverCenter Bldg.
Covington, KY 41011


Automotive Industry Action Group
PO Box 633719
Cincinnati, OH 45263-3719


BASF Corporation
100 Campus Drive
Florham Park, NJ 07932-1089


BASF Corporation
PO Box 360941
Pittsburgh, PA 15251-6941


Bear Creak
373 Division Road
Petoskey, MI 49770


Blackman Township Treasurer
1990 W PARNALL ROAD
Jackson, MI 49201


Bottomline Technologies
PO Box 83050
Woburn, MA 01813-3050

Briner Oil Company
325 Beck Street
PO Box 9
Jonesville, MI 49250


Butzel Long
Suite 100
150 West Jefferson
Detroit, MI 48226


Capitol Communication Systems
1231 Roth Drive
Lansing, MI 48911-6920


Centro Information Systems
PO Box 186
Bend, OR 97709-0186


Champion Printing and Adv
PO Box 32
Jackson, MI 49204


Chase Plastics
6467 Waldon Center Drive
Clarkston, MI 48346-1584


City of Jackson
161 W. Michigan Ave
Jackson, MI 49201


Co-Ex Tec
140 Staffern Drive
Concord, Ontario L4K 2X3


Columbia Cleaning Services
8553 Collingwood Court
Jackson, MI 49201


Comerica Bank
P.O. Box 75000
Detroit, MI 48275-3205


Con-Way Transportation
PO Box 982020
Richland Hills, TX 76182

Contracted Quality
6749 East Fulton
Suite 203
ADA, MI 49301


Crossbow Water
Network Place 24658
Chicago, IL 60673


Custom Machining Service
242 W. Monroe
Jackson, MI 49202


DBI Business Interiors
325 West Michigan Ave
Jackson, mi 49201


DBX Systems
24901 NORTHWESTERN HWY.
SUITE 502
Southfield, MI 48075


Decor Products, Inc
PO Box 320
Wausaukee, WI 54177


Degussa Corporation
PO Box 905138
Charlotte, NC 28290-5138


Delphi Energy
5725 Delphi Drive
Troy, MI 48098


Dill Air Controls Products LLC
75 Remittance Drive
Suite 6413
Chicago, IL 60675-6413


DME Company
PO Box 78000
Detroit, MI 48278

Dorrie Process, Co
9 Wilton Avenue
Norwalk, CT 06852


Doug Brown Packaging
4223 Edgeland
Royal Oak, MI 48073


DSM Engineering Plastics
2267 West Mill Road
Evansville, IN 47720


DSM Engineering Plastics
PO Box 3333
2267 West Mill Road
Evansville, IN 47720


E.I. Morrow Company
4225 W. Main Street
PO Box 19941
Kalamazoo, MI 49006


Eagle Production Trucking
2190 Brooklyn Road
Jackson, MI 49203


Eaton Corporation
26101 Northwestern Hwy
Southfield, MI 48076


EFC- INT
1940 Craigshire Road
St. Louis, MO 63146


Engel Machinery Inc
3740 Board Road
York, PA 17406


Englewood Electrical Supply
1610 East High Street
Jackson, MI 49203

Express 1 Inc.
429 Post Road
PO Box 210
Buchanan, MI 49107


Factoria
6248 Edgemere
Suite 525
El Paso, TX 79925


Fastenal Company
PO Box 978
Winona, MN 55987-0978


Federal Express Corp
PO BOX 371461
PITTSBURG, PA 15250-7461


First Growth Capital and
1983 Liberty Drive
Bloomington, IN 47403


First Telecommunications
3663 Broadmoor Ave SE
Grand Rapids, MI 49512


Fisher/Unitech
1150 Stephenson Hwy
Troy, MI 48083


Global Manufacturing & Assembly Corporat
1801 Wildwood Ave
Jackson, MI 49202


Grand Die Engravers
233 Wealthy Street SW
Grand Rapids, MI 49503


Grand Rapids Scale Company
4215 Stafford SW
Grand Rapids, Mi 49548-3095


Grand Traverse Container, Inc
1050 Business Park Drive
Traverse City, MI 49686

Great Lakes Energy
2183 N. Water Road
Hart, MI 49420-9005

Green Bay Packaging, Inc
5350 E. Kilgore Rd
Kalamazoo, MI 49048

Griffin Environmental Services
1606 Momentum Place
Chicago, IL 60689-5316

Hexagon Metrology, Inc
1742 Solutions Ctr
Chicago, IL 60677-1007

Incoe Corporation
1740 E. Maple Road
Troy, MI 48083

Industrial Tool Sales
2865 Whitehall Road
Muskegon, MI 49445

J.H. Bennet Company
PO Box 8028
22975 Venture Dr.
Novi, MI 48376-8028

Jackson Fluid Power
5024 Page Avenue
Jackson, MI 49201-8158

Jackson Plumbing & Heating Supply Co
711 E. Michigan Avenue
Jackson, MI 49201

Jaco Manufacturing Company
468 Geiger Street
PO Box 619
Berea, OH 44017

```
JSW Plastics Machinery, Inc.
555 S. Promedade Avenue
Unit 104
Corona, CA 92879


KSS
616 E. Vine Street
Kalamazoo, MI 49001


Libra Industries, Inc
PO Box 1105
Jackson, MI 49204


Lowes
PO Box 530970
Atlanta, GA 30353


M&M Automatic Products
420 Ingham Street
Jackson, MI 49201


MAPI Real Estate
1801 Wildwood Avenue
Jackson, MI 49202


Marshall & Associates
427 E. Main
Lowell, MI 49331


Maruka, USA
17210 Marquardt Avenue
Cerritos, CA 90703


Ralph McDowell, Esq.
Bodman, LLP
1901 St. Antoine St. Floor 6
Ford Field
Detroit, MI 48226


McGowan Electric Supply
PO Box 765
425 E. Washington
Jackson, MI 49204
```

MESC
State of Michigan - Unemployment
3024 W. Grand Blvd.
Detroit, MI 48202


Michigan DEQ
PO Box 30657
Lansing, MI 48909-8157


Michigan Pallet Recycling
1100 Packard Highway
Charlotte, MI 48813


Motion Industries, Inc.
2332 East High Street
Jackson, MI 49203


MTMIC
PO BOX 673911
DETROIT, MI 48267-3911


Multitech Industries Inc
350 Village Drive
Carol Stream, IL 60188


Northwest Refuse Inc
2600 Lansing Avenue
Jackson, MI 49202


NSF International Strategic
PO Box 77000
Detroit, MI 48277-1380


PCS Company
75 Remittance Drive
Suite 3028
Chicago, IL 60675-3028


Pearse Holdings, LLC
1801 Wildwood Ave
Jackson, MI 49202


Pitney Bowes
500 Ross Street Suite, 154-0470
Pittsburgh, PA 15262-0001

Plante & Moran PLLC
Suite 400
1000 Oakbrook Drive
Ann Arbor, MI 48104


Plastic Dress Up Services
66455 Forest Road
Lenox, Mi 48050


Plastic Process Equipment
8303 Corporate Park Dr
Macedonia, OH 44056


Plastic Service Centers
21445 Carlo Drive
Clinton Township, MI 48038


PLEWS, Inc.
1550 Franklin Grove Road
Airport Industrial Park
Dixon, IL 61021


Polymer Packaging, Inc
275 Hickory Street
Sparta, MI 49345


PolyOne
1275 Windham Parkway
Romeoville, IL 60446


PolyOne Corporation
Dept CH 10489
Palatine, IL 60055-0489


Precision Fasteners
24 World's Fair Dr
Unit D
Somerset, NJ 08873


Priority Health
1231 East Beltline NE
Grand Rapids, MI 49525-4501

Production Tool Supply
PO Box 670587
Detroit, MI 48267-0587


PSG Plastic Service Group
5002 Advance Way
Stevensville, mi 49127


QAD Inc.
15979 Collections Center Drive
Chicago, IL 60693


Quality Assurance Services
2904 Estates Drive
Virginia Beach, VA 23454


Quality Calibration Service
10205 WEST GREENFIELD AVENUE
WEST ALLIS, WI 53214


Radici Plastics USA Inc
960 Seville Road
Wadsworth, OH 44281


RTP Company
580 East Front Street
Winona, MN 55987


RTP Company
PO Box 5439
580 East Front Street
Winona, MN 55987


Rudolph Brothers
Dept L1324
Columbus, OH 43260-1324


Safety Kleen Corp
5360 Legacy Drive
Plano, TX 75024


Safety Systems, Inc.
PO Box 1079
Jackson, MI 49204

Sams Club
PO Box 530981
Atlanta, GA 30353-0981


Shape Corporation
1900 Hayes
Grand Haven, MI 49417


Sherwin-Williams
1605 N. Wisner
Jackson, MI 49202


Single Business Tax
State of Michigan
Dept 77889
Detroit, MI 48277


Speedyway SuperAmerica
PO Box 740587
Cincinnati, OH 45274


Staples Company
Dept DET PO Box 83689
Chicago, IL 60696-3689


State of Michigan - Withholding
Dept 77003
Detroit, MI 48277-0003


Summit Polymers, Inc.
1211 Progress Street
Sturgis, MI 49091-9386


Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170


Superior Industrial Sales, Inc
116 N. State Street
Jackson, MI 49201-1792


Synergerring Group LLC
Halsted Commerce Park
25335 Interchange Court
Farmington Hills, MI 48335

Synventive Molding Solutions
10 Centennial Drive
Peabody, MA 01960


Teknor Apex Company
505 Central Avenue
Pawtucket, RI 02861-0290


TMI Compressed Air
2626 Sanford Ave SW
Grandville, MI 49418


Toshiba Machine Company
755 Greenleaf Avenue
Elk Grove Village, IL 60007


Total Plastics, Inc.
2810 N Burdick Street
Kalamazoo, MI 49004


Tracer Tool and Die
3800 Buchanan SW
Grand Rapids, MI 49548


Trail Supply LLC
11581 Morrissey Road
Grass Lake, MI 49240


Tri-County Water
2701 Wildwood Ave
Jackson, MI 49202


Tribiquity Systems, Inc.
1688 Star Batt Drive
Rochester, MI 48309


Ultimate Solutions
1183 E. Laketon Avenue
Muskegon, MI 49442


Uniform Color Company
942 Brooks Ave
Holland, MI 49423

United Parcel Service
Lockbox 577
Carol Stream, Il 60132-0577


UPS Supply Chain Solutions
PO Box 800
Champlain, NY 12919


USF Holland
750 East 40th Street
PO Box 9021
Holland, MI 49422-9021


ViChem
55 Cottage Grove SW
Grand Rapids, MI 49507-1646


Visual Workplace, Inc
7381 Ardith Court
Byron Center, MI 49315


Warmington Industries
1336 Front Avenue NW
PO Box 2502
Grand Rapids, MI 49501-2502


West Michiagn Technical Supply
11331 3rd Avenue NW
Grand Rapids, MI 49544


Wildwood Automotive Supply
2203 Wildwood
Jackson, MI 49202


Wuerthner Brothers, Inc
5038 Page Avenue
Jackson, MI 49201


Xpedx
28401 Schoolcraft
Suite 400
Livonia, MI 48150

```
                    YRC (rdwy)
                    PO Box 7914
                    Overland Park, KS 66207
```